1  Scott W. Wellman, SBN: 82897
2  Derek Banducci, SBN: 252124
   Bimali Walgampaya, SBN: 266856
3  **WELLMAN & WARREN LLP**
   24411 Ridge Route, Suite 200
4  Laguna Hills, CA 92653
5  Tel: (949) 580-3737
   Fax: (949) 580-3738
6
7  Attorneys for Plaintiffs
8


FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANO EXCEL (U.S.A.) INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GANOLIFE INTERNATIONAL, INC., a California corporation; JOVEN CABASAG, an individual; and SHAWN MIR, an individual.<br><br>Defendants. | Case No.: **CV14-0320** <br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT.**<br><br>**DEMAND FOR JURY TRIAL** |

1

**COMPLAINT**

Plaintiff GANO EXCEL (U.S.A.) INC. ("Gano Excel" or "Plaintiff") hereby states and alleges as follows:

## INTRODUCTION

1. This case is about corporate theft and vandalism which violates the Computer Fraud and Abuse Act, 18 U.S.C 1030, et seq. – a criminal statute that provides for a private right of action at subd. (g).

2. The defendants, without authorization, vandalized Gano Excel's computer servers, deleted the emails contained on the servers, and stole a confidential computer database, which they are now using to unfairly compete with Gano Excel.

3. The emails were destroyed by the defendants to cover up their unlawful unfair competition activities.

4. Gano Excel is the United States subsidiary of an international conglomerate that sells coffee infused with the ganoderma mushroom. Ganoderma is an extract from the Japanese Reisha mushroom which, when infused into the coffee, provides certain health benefits not present in standard coffee products. Therefore, the Gano Excel coffee is known as a healthier coffee. The parent company is a Malaysian company with its principle place of business in Malaysia.

5. Gano Excel sells its products through a network of independent distributors who are paid a commission for such sales and who are also paid multiple levels of commissions for sales by others who are aligned under them in a sales

COMPLAINT

organization matrix. This sort of sales organization is often referred to as "multi-level marketing" or "network marketing." Other well-known examples of companies that utilize this sales structure are Amway and Herbalife.

6.  Gano Excel maintains a confidential computer database containing vital information about its network of independent distributors, such as who they are, how to calculate their commissions, and where they are each aligned in the sales organization matrix.

7.  In 2012 (and perhaps as early as 2011) Gano Excel's CEO, Joven Cabasag, along with others orchestrated a coup to take over the company. In early 2013, the Malyasian owners arrived at the Gano Excel offices in Irwindale, California and found them to be locked and abandoned. When they were able to gain entry, they found the offices ransacked, documents shredded, the inventory of coffee gone, and more than a million dollars had been withdrawn by Mr. Cabasag and his wife from the company bank accounts. They also found that all of the computer servers were missing.

8.  Gano Excel later discovered that Cabasag had opened up a competing company, Ganolife International, Inc. ("Ganolife"), which, as Gano Excel does, sells through the network marketing format the same products sold by Gano Excel. In addition, virtually all of Gano Excel's employees were taken and now work at Ganolife and Ganolife took many of the Gano Excel distributors.

9.  Gano Excel brings this lawsuit after discovering that its former CEO,

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

3

COMPLAINT

1. Joven Cabasag, in conjunction with computer consultant Shawn Mir and others, stole Gano Excel's confidential computer database. Cabasag and Mir are now using that database as employees of Ganolife International, Inc., to compete with Gano Excel.

10. Joven Cabasag and computer consultant Shawn Mir also deleted Gano Excel's e-mail server in an unsuccessful attempt to cover their tracks.

## THE PARTIES

11. Gano Excel is and, at all relevant times herein was, a corporation formed under the laws of the state of Washington with its corporate headquarters located in the city of Irwindale, county of Los Angeles, state of California.

12. Defendant Ganolife International, Inc. ("Ganolife") is a California corporation with its corporate headquarters in the city of Ontario, County of San Bernardino, State of California.

13. Defendant Joven Cabasag ("Cabasag") is an individual who resides in the city of Glendale, county of Los Angeles.

14. Defendant Shawn Mir is an individual who resides in the state of California. Shawn Mir is the computer consultant and agent of Cabasag and Ganolife.

## JURISDICTION AND VENUE

15. This a complaint for violation of the Computer Fraud and Abuse Act, 18 U.S.C. 1030, et seq., and this Court has subject-matter jurisdiction over this action pursuant to 18 U.S.C. § 1030(g) and 28 U.S.C. § 1331.

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

4

COMPLAINT

16. This court has personal jurisdiction over each of the defendants as alleged throughout this complaint.

17. Venue in this district is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the dispute occurred in this district.

## GENERAL ALLEGATIONS

18. On January 13, 2013, the owners of Gano Excel (who are Malaysian) arrived in the United States because they had heard rumors of a corporate coup. When they went to the Gano Excel corporate offices in Irwindale they discovered them to be locked and deserted. When they were able to gain access to the offices, they found that the company's entire inventory of coffee was gone, documents shredded, and that the computer equipment including at least seven servers were missing. The offices were ransacked.

19. Through significant efforts, the Gano Excel owners were able to track down their computer servers at a leased server hosting center in downtown Los Angeles, called IX2. The hosting center lease, however, was not under the name Gano Excel (even though the servers belonged to Gano Excel), but was leased under the name of Gano Holdings, the personal company of, and owned by, Joven Cabasag and his wife. The importance of these servers cannot be underestimated. They hold all of Gano Excel's databases consisting of the identities, contact information, rank, sales history, commission history, and product order history of all of Gano Excel's United States based independent distributors. Without unfettered access to these servers, Gano Excel is unable to pay

weekly commissions to its thousands of distributors. Moreoever, anyone with access to this information would be able to contact the Gano Excel distributors and have the information necessary to lure them away.

20. The information regarding the Gano Excel distributors took many years to compile, was confidential and has significant value to any third party that seeks to compete with Gano Excel. As such, the information in the Gano Excel data base is proprietary to, and constitutes a trade secret of Gano Excel.

21. Immediately upon taking control of the Gano Excel servers, Cabasag and Ganolife began contacting distributors and soliciting them to leave Gano Excel and join Ganolife.

22. Joven Cabasag also took Gano Excel's domain name, so that Gano Excel was unable to communicate with its distributors by e-mail or on its website.

23. Defendant Ganolife posted a webpage, www.ganolifecafe.com, announcing in large, 36 point type, "GO FOR IT" and showing a fish jumping from a Gano Excel fishbowl into a Ganolife fishbowl.

24. Ganolife posted on its webpage a sign-up sheet for Gano Excel distributors. The sign-up sheet specifically asked for the distributors' Gano Excel ID number so that the distributor would have the same rank and compensation with Ganolife. This information could only have been known if Ganolife was using the Gano Excel's confidential database.

WELLMAN & WARREN
Attorneys at Law
14411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

6

COMPLAINT

25. The defendants started heavy solicitation of the Gano Excel distributors to convince them to join Ganolife. They were so brazen as to solicit distributors to join Ganolife at Gano Excel sponsored events. At these events, the defendants would announce that Gano Excel was "re-launching"; that Gano Excel will be entering a "Phase 2"; and that there will be a "seamless transition" to Ganolife. In addition, the defendants would fly in top Gano Excel distributors or contact them and use lies to convince them to leave Gano Excel. These lies included telling distributors that Gano Excel does not pay commissions (even though the defendants knew it was them who prevented the commissions from being paid), telling distributors that Gano Excel's products were defective and were infused with corn filler and cockroaches, and telling distributors that Gano Excel would be out of business soon.

26. The defendants also used Gano Excel's confidential database to send e-mails to its customers and distributors promoting Ganolife and announcing that distributors will enjoy the "same position with the same organization" at Ganolife as at Gano Excel and that Ganolife product supposedly "replaces" Gano Excel product.

## UNAUTHORIZED DELETION OF THE EMAIL

27. On January 25, 2013, after discovering the location of their computer servers, Gano Excel sent a letter to Joven Cabasag's attorneys telling them that Gano Excel's officers would be arriving at the IX2 co-location facility on the following day, January 26, 2013, at 11:00am to retrieve their computer servers.

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

7

COMPLAINT

28. Gano Excel did arrive at the co-leasing center at 11 a.m. on January 26, 2013 and did retrieve its computer servers. However, after reviewing the data on the servers, Gano Excel discovered that the email server (i.e. the server that contained the Gano Excel emails) was missing.

29. Gano Excel retained computer forensic experts to investigate the absence of the email server and the emails. After analyzing the computers servers, the forensic experts discovered that on January 26, 2013, at 10:19am (i.e. 41 minutes before Gano Excel's representatives arrived) its e-mail server had been deleted. When it was deleted, Gano Excel's e-mail server was located on a computer at the IX2 co-location facility in downtown Los Angeles and the person who deleted it logged into the computer using the username called "root."

30. Shawn Mir is a person who had the password for the "root" account on Gano Excel's e-mail server computer, which he obtained while working as a computer consultant for Gano Excel.

31. Shawn Mir was the only person at the IX2 co-location facility in downtown Los Angeles when Gano Excel's officers arrived on January 26, 2013 at approximately 11:00am.

32. Based on the above facts, Gano Excel herein alleges that Shawn Mir was the person who deleted its e-mail server.

33. Joven Cabasag is now the CEO of Ganolife and Shawn Mir now works as a computer consultant for Ganolife.

34. On information and belief, Shawn Mir, as the computer consultant for Cabasag and Ganolife, would not have deleted the emails except upon the direction from Cabasag.

35. The purpose for deleting the emails was to cover-up Cabasag's involvement to destroy and take over Gano Excel as, upon information and belief, many of his communications with his cohorts involved in the coup were by email.

## FIRST CLAIM FOR RELIEF

### For Violation of 18 U.S.C. 1030(a)(5)

*By Gano Excel (U.S.A.) Inc. against all Defendants.*

36. Plaintiff incorporates herein, by this reference, each and every allegation contained in the preceding paragraphs, as though fully set forth herein.

37. Gano Excel's e-mail server was located on a protected computer pursuant to 18 U.S.C. § 1030, et seq. because it used its e-mail server to exchange interstate and foreign communications.

38. Shawn Mir was never authorized by Gano Excel to delete its e-mail server.

39. Shawn Mir violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5)(A) by knowingly causing the transmission of a command to delete the e-mail

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

9

COMPLAINT

server, and as a result of such conduct, intentionally caused damage without authorization, to Gano Excel's e-mail server.

40. Shawn Mir violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5)(B) by intentionally accessing Gano Excel's e-mail server without authorization, and as a result of such conduct, recklessly caused damage to the e-mail server by deleting such server.

41. Shawn Mir violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5)(C) by intentionally accessing Gano Excel's e-mail server without authorization, and as a result of such conduct, caused damage to the e-mail server and loss to Gano Excel. Gano Excel's loss was a result of its inability to send, receive, and access its e-mails. The amount of such loss exceeds $5,000 and the exact amount shall be proved at trial.

42. Ordinary tort-related vicarious liability rules apply to claims brought under the Computer Fraud and Abuse Act for the reasons explained in *Charles Schwab & Co., Inc. v. Carter*, 04 C 7071, 2005 WL 2369815 (N.D. Ill. Sept. 27, 2005).

43. Joven Cabasag is vicariously liable for Shawn Mir's various violations of 18 U.S.C. § 1030(a)(5) because he directed Shawn Mir to delete Gano Excel's e-mail server in an effort to cover up the misconduct which is alleged herein.

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

10

COMPLAINT

44. Ganolife is vicariously liable for Shawn Mir's violation of 18 U.S.C. § 1030(a)(5) because Shawn Mir and Joven Cabasag were acting as agents of Ganolife when they engaged in the above-described acts.

## SECOND CLAIM FOR RELIEF

### For Violation of 18 U.S.C. 1030(a)(4)

*By Gano Excel (U.S.A.) Inc. against all Defendants.*

45. Plaintiff incorporates herein, by this reference, each and every allegation contained in the preceding paragraphs, as though fully set forth herein.

46. Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(4) by knowingly, and with intent to defraud Gano Excel, accessing a protected computer, without authorization or by exceeding authorized access to such a computer, and by means of such conduct furthered the intended fraud and obtained one or more things of value, including but not limited to Gano Excel's confidential computer database.

47. Joven Cabasag accessed a protected computer because Gano Excel used its confidential computer database to facilitate interstate and foreign commerce.

48. Joven Cabasag's access to Gano Excel's confidential computer database exceeded the authorization that he was granted because Gano Excel never authorized him to use that database to operate a competing business. Using Gano Excel's confidential computer database to operate a competing business is an express breach of Gano Excel's

Policies and Procedures and Joven Cabasag agreed to abide by those Policies and Procedures.

49. Joven Cabasag knowingly and with intent to defraud told repeated lies to Soon Seng Leow ("Leow"), Gano Excel's President. During last six months of 2012, Leow had multiple conversations with Joven Cabasag regarding how a person named Christopher Tidwell ("Tidwell") was engaging in efforts to take over Gano Excel's business in various foreign countries. In each and every one of these conversations Joven Cabasag assured Leow that he was loyal to Gano Excel and would do all he could to fight Tidwell's efforts. Joven Cabasag never intended to fight Tidwell's efforts and was, in fact, plotting with Tidwell to steal Gano Excel's business in the United States. Nonetheless, Leow accepted Joven Cabasag's assurances and believed that he was loyal to the company.

50. In 2013, Leow learned that both Tidwell and Cabasag are in fact business partners and together own and operate Ganolife.

51. Joven Cabasag furthered the intended fraud by remaining the CEO of Gano Excel until early 2013 and, in that role, he successfully used Gano Excel's confidential database to recruit independent distributors to join Ganolife.

52. As a result of this fraud, Gano Excel has incurred millions of dollars of losses.

53. Shawn Mir is vicariously liable for Joven Cabasag's violation of 18 U.S.C. § 1030(a)(4) because Shawn Mir deleted Gano Excel's e-mail server in an effort by him to cover up Joven Cabasag's fraud.

54. Ganolife is vicariously liable for Joven Cabasag's violation of 18 U.S.C. § 1030(a)(4) because Shawn Mir and Joven Cabasag were acting as agents of Ganolife when they engaged in the above-described acts.

## THIRD CLAIM FOR RELIEF

### For Violation of 18 U.S.C. 1030(a)(2)(C)

*By Gano Excel (U.S.A.) Inc. against all Defendants.*

55. Plaintiff incorporates herein, by this reference, each and every allegation contained in the preceding paragraphs, as though fully set forth herein.

56. Joven Cabasag has violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(2)(C), by intentionally accessing Gano Excel's confidential computer database, without authorization or by exceeding authorized access to such a computer, and by obtaining information from that database.

57. Joven Cabasag was not authorized to access Gano Excel's confidential computer database for the purpose of competing with Gano Excel and he expressly agreed to not use the database for such purpose when he agreed to abide by Gano Excel's written Policies and Procedures.

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

13

COMPLAINT

58. Joven Cabasag obtained information from Gano Excel's confidential computer database which he is now using as the CEO of Ganolife to help Ganolife compete with Gano Excel.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in their favor and against Defendants as follows:

1. For a preliminary and permanent injunction restraining Defendants, their officers, agents, servants, employees, and attorneys, and those acting in concert or participation with any of them from:

   a. accessing or utilizing Gano Excel's database in any way;

   b. soliciting any person to be a distributor or customer of Ganolife by utilizing any information contained within Gano Excel's database; or

   c. destroying or deleting any of the Gano Excel data; or

   d. utilizing or disclosing to any person any of the information contained within Gano Excel's database including, without limitation, the following:

      i. any contact information of Gano Excel's distributors and/or customers;

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 588-3737

    ii. any product ordering information of Gano Excel's distributors and/or customers;

    iii. any volume of sales information for Gano Excel's distributors and/or customers;

    iv. any credit card information of Gano Excel's distributors and/or customers;

    v. any product order history for Gano Excel's distributors and/or customers;

    vi. any of Gano Excel's customer order history;

    vii. any of Gano Excel's distributor and/or customer credit card information; or

    viii. any of Gano Excel's distributor and/or customer shipping information.

2. For compensatory damages in an amount to be proven at trial;

3. For restitution and disgorgement of ill-gotten gains unjustly obtained and retained by Defendants through the acts complained of here;

4. For prejudgment interest;

5. For an accounting;

6. For an order awarding Gano Excel its attorney's fees and costs;

7. For such other and further relief as the Court may deem proper and just.

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

| | |
|---|---|
| Dated: December 28, 2013 | **WELLMAN & WARREN LLP** |
| | By: _____ |
| | Scott W. Wellman |
| | Derek Banducci |
| | Bimali Walgampaya |
| | Attorneys For Plaintiff |

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

16

COMPLAINT